6-17-15

65,469-11

Dear Clerk,

Are You Ever Going To Ans. My Inquiries?

Sincerly

Paige Benner 1278531
2101 FM 369 N
Iowa Park TX
76367-6528

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 24 2015

Abel Acosta, Clerk